Samuel Moreell, Jr., appellee, v. G. Frank Croissant, appellant. Gen. No. 33,212.

Opinion filed June 26, 1929.

Robert E. Owens and John A. Brown, for appellant. Stone, McLaughlin & Adams, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

## SECOND DISTRICT.

Illinois Refining Company, appellee, v. Frank P. Welch et al., appellants. Gen. No. 7,983.

Opinion filed May 23, 1929.

R. W. Olmsted, for appellants. Connelly, Weld, Walker, Searle & Crampton and A. B. Honnold, for appellee Illinois Refining Company.

Mr. Justice Boggs delivered the opinion of the court.

Olga McNeil Smeker, appellee, v. Joe Smeker, appellant. Gen. No. 8,017.

Opinion filed June 24, 1929.

C. W. Middlekauff and Louis F. Reinhold, for appellant. Louis H. Burrell and Harold D. James, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.